

# IN THE SUPREME COURT OF ALABAMA

## August 23, 2024

SC-2023-0600

Steven Mark Hayden v. William B. Cashion and Western Steel, Inc. (Appeal from Jefferson Circuit Court: CV-19-902733).

## <u>ORDER</u>

IT IS ORDERED that the above-styled cause is DISMISSED as arising from a non-appealable order.

Shaw, Acting C.J.,* and Sellers, Mendheim, and Stewart, JJ., and Windom, Kellum, and McCool, Special Justices,* concur.

Parker, C.J., and Wise, Bryan, Mitchell, and Cook, JJ., recuse themselves.

*Because five members of the Supreme Court, including the Chief Justice, recused themselves, on March 7, 2024, Acting Chief Justice Shaw appointed Presiding Judge Windom, Judge Kellum, and Judge McCool, of the Court of Criminal Appeals, to serve as Special Justices in this appeal.

**Witness my hand and seal this 23rd day of August, 2024.**

*Megan B. Rhodebeck*

**Clerk of Court,**
**Supreme Court of Alabama**

**FILED**
**August 23, 2024**

**Clerk of Court**
**Supreme Court of Alabama**